WESTERN DISTRICT OF LOUISIANA RECEIVED

MAR 16 2018

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CECIL MCDONALD DAVIS, Plaintiff | CIVIL ACTION NO. 1:17-CV-883-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| DR. JOEL ALEXANDRE, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein (Docs. 23, 31), and after a de novo review of the record including the objections filed by Plaintiff (Docs. 26, 34), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Davis's complaint be DENIED and DISMISSED with prejudice under § 1915(e)(2)(b) and § 1915A, except for Davis's claims against Warden Sanders and Dr. Gapasin, which should be dismissed without prejudice, subject to a determination by the Western District of Missouri as to whether its order was a final judgment.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 16th day of March, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE